FILED
CLERK, U.S. DISTRICT COURT
10/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
California Bar No. 222875
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-Mail: Katie.Schonbachler@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE THE SEIZURE OF:<br><br>UP TO $2,403,718.49 IN FUNDS ON DEPOSIT IN OPUS BANK ACCOUNT NUMBER 48255368 | NO. 16-1322M<br><br>**EX PARTE APPLICATION FOR AN ORDER LIFTING SEAL OF SEIZURE WARRANT AFFIDAVIT AND OTHER DOCUMENTS**<br><br>**[UNDER SEAL]** |

    The United States of America hereby applies ex parte for an order lifting the Order Sealing documents filed in the above-captioned matter because there is no longer any need to seal the subject documents. In support of this application, the

1 government submits the attached Memorandum of Points and
2 Authorities.
3      This application is required to be sealed pursuant to the
4 terms of the June 29, 2016 Order Sealing unless and until the
5 court terminates that order (as the government presently
6 requests).
7 DATED: October 23, 2020         Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney
                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                   /s/ Katharine Schonbachler
                                  KATHARINE SCHONBACHLER
                                  Assistant United States Attorney

                                  Attorneys for
                                  UNITED STATES OF AMERICA

|    |                                                        |
|----|--------------------------------------------------------|
| 1  | MEMORANDUM OF POINTS AND AUTHORITIES                   |

On June 29, 2016, the government applied to the court for an order to seal the application, affidavit and attachments in support of a search and seizure warrant in the above-entitled matter, its application for an order sealing, and Memorandum of Points and Authorities and the accompanying Declaration of Oleg Pobereyko in support of sealing application, and the order sealing.

On June 29, 2016, the Honorable Charles F. Eick, United States Magistrate Judge, signed the requested order and in doing so ordered that the documents "shall not be disclosed to any person unless otherwise ordered by this court." The government requested the documents be sealed because the affidavit in support of the warrant disclosed details that if revealed would have directly harmed the government's ongoing criminal investigation. The government seeks to lift the seal imposed by the June 29, 2016 Order because there is no longer any need to seal the documents, the government filed a criminal matter entitled U.S. v. Kayseryan, et al., 2:17-cr-00196-DMG, and a civil forfeiture action entitled U.S. v. $461,940.00 in U.S. Currency, et al., 2:16-cv-07965-DMG.

//
//
//
//
//
//

Accordingly, the government respectfully requests that the court enter the accompanying order lifting the seal previously imposed in this matter.

DATED: October 23, 2020        NICOLA T. HANNA
                               United States Attorney
                               BRANDON D. FOX
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section

                                /s/ Katharine Schonbachler
                               KATHARINE SCHONBACHLER
                               Assistant United States Attorney

                               Attorneys for
                               UNITED STATES OF AMERICA